**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

CHRIS CARMEAN                                                    PLAINTIFF

v.                              CASE NO. 08-2072

TYSON FOODS, INC.                                                DEFENDANT

### ORDER

Currently before the Court is Plaintiff's Motion for Non-Suit (Doc. 2) pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure. As Defendant has not served an answer or summary judgment motion upon Plaintiff, the Court finds that Plaintiff's claims against Defendant should be and hereby are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of August, 2008.

                                        */s/ Robert T. Dawson*
                                        Honorable Robert T. Dawson
                                        United States District Judge